IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFFREY KEITH MARTIN                                                    PLAINTIFF

v.                              CASE NO. 4:17-CV-00324 BSM

DOES, et al.                                                          DEFENDANTS

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge

Patricia Harris [Doc. No. 9] and plaintiff Jeffrey Martin's objections and exhibits [Doc. Nos.

10, 11] have been reviewed.  After reviewing the record, the RD is adopted.

Accordingly, Martin's complaint [Doc. No. 2] is dismissed without prejudice for the

failure to state a claim, which constitutes a strike under 28 U.S.C. § 1915(g).  An *in forma*

*pauperis* appeal would not be in good faith.  *Id.* § 1915(a)(3).  Martin's motion for a jury trial

[Doc. No. 8] is denied as moot.

IT IS SO ORDERED this 27th day of July 2017.


_____
UNITED STATES DISTRICT JUDGE

1